

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00578-CR

Juan **ESCALANTE-AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-01-00005-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On September 25, 2019, we ordered appellant to cause an amended trial court certification to be filed showing appellant had the right to appeal. On December 13, 2019, a supplemental clerk's record was filed containing an amended certification. It is therefore ORDERED that the appeal is RETAINED on the docket of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court